IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEBASTIEN MCCRIMMON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-10-2606 |
| INTERNATIONAL PAPER INC., Individually; CITGO, INC., Individually; and UNKNOWN PARTIES, Individually, | § § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Order granting Defendant International Paper Corporation's Motion for Summary Judgment (Docket Entry No. 14) this action is **DISMISSED with prejudice** as to defendant, International Paper Corp.

Plaintiff's claims against the remaining defendants are **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 4(m) because of plaintiff's failure to timely file proof of service. (See Order for Conference and Disclosure of Interested Parties, (Docket Entry No. 3 at ¶ 9.)

Costs will be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 12th day of September, 2011.

---
SIM LAKE
UNITED STATES DISTRICT JUDGE